**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES DERRICK WATKINS,** | : | |
| **Petitioner** | : | |
| | : | **CIVIL NO. 3:CV-15-1563** |
| v. | : | |
| | : | **(Judge Caputo)** |
| **DAVID J. EBBERT,** | : | |
| **Respondent** | : | |

**O R D E R**

**AND NOW**, this **16th** day of **JUNE, 2017**, based on the accompanying memorandum, it is **ORDERED** that:

1. Mr. Watkins' petition for writ of habeas corpus (ECF No. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court shall **CLOSE** this file.

                                        **/s/ A. Richard Caputo**
                                        **A. RICHARD CAPUTO
                                        United States District Judge**